**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-7867**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT MCELHANEY, a/k/a Jack Rabbit,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington. Robert J. Staker, Senior
District Judge. (CR-92-22)

─────────

Submitted:  April 16, 1998          Decided:  April 30, 1998

─────────

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Robert McElhaney, Appellant Pro Se.  Paul Thomas Farrell, Assistant
United States Attorney, Huntington, West Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motions to abolish supervised release and for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. McElhaney, No. CR-92-22 (S.D.W. Va. Oct. 30 & Dec. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED